UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL MITTENBERG,

    Petitioner,

v.

PETER BRUSTMAN, et al.,

    Respondent.

Civ. No. 09-1639

ORDER

Petitioner having sought an order granting him a furlough of eight days in order to celebrate the Passover with his family; and for good cause having been shown;

IT is this 8th day of April, 2009;

**ORDERED** that Petitioner be granted a furlough from his Halfway House for a period of eight days terminating in the same time that similar furloughs terminate so that he can attend the Passover with his family.

_____
DICKINSON R. DEBEVOISE
U.S.S.D.J.